### ALLDREDGE v. HALLBROOK et al.
### No. 3760.

Court of Civil Appeals of Texas. El Paso.
Oct. 27, 1938.

Rehearing Denied Nov. 23, 1938.

NEALON, Chief Justice.

No briefs have been filed in this case. The appeal is, therefore, dismissed.